# United States District Court

WESTERN     DISTRICT OF     NORTH CAROLINA

UNITED STATES OF AMERICA

V.

Barron Sloan Henderson, aka
Barry Henderson

## SEALED    WARRANT FOR ARREST

CASE NUMBER: *1:07mj 81*

To: The United States Marshal
     and any Authorized United States Officer

     YOU ARE HEREBY COMMANDED to arrest    __Barron Sloan Henderson, aka Barry Henderson__
                                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

□ Indictment    □ Information    X Complaint    □ Order of court    □ Violation Notice    □ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit the offense of Illegal Gambling Business and Engaging in monetary transactions in property derived from specified unlawful activity

in violation of Title   __18__   United States Code, Section(s)    __371, 1955 and 1957__

| | |
|---|---|
| Honorable Dennis L. Howell | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *Dennis L. Howell* (signature) | July 27, 2007   Asheville, North Carolina |
| Signature of issuing officer | Date and Location |

Bail fixed at $ _____    by _____
                                                                         Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |